IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00632-LTB-MEH

RICHARD KAUFMAN,

    Plaintiff,

v.

JONATHAN HIGGS,
RICHARD P. MILNER, and
SCOTT LISKA,

    Defendants.
_____

## AMENDED MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion to Withdraw Defendants' Motion to Dismiss (Doc 5 - filed June 7, 2010) is **GRANTED**. Defendants' Motion to Dismiss (Doc No. 4) is **WITHDRAWN**.

Dated: June 8, 2010
_____