IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00632-LTB-MEH

RICHARD KAUFMAN,

    Plaintiff,

v.

JONATHAN HIGGS,
RICHARD P. MILNER, and
SCOTT LISKA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2011.**

    Defendants' Unopposed Motion to Stay Discovery Pending Determination of Motion for Summary Judgment Asserting Qualified Immunity [filed February 14, 2011; docket #21] is **denied**. The discovery cutoff in this case was February 9, 2011. *See* Scheduling Order, docket #14. Defendants fail to explain what discovery, if any, is continuing in this case for which a stay is requested.