IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 10-cv-00632-LTB-MEH

RICHARD KAUFMAN,

    Plaintiff,

v.

JONATHAN HIGGS,
RICHARD P. MILNER, and
SCOTT LISKA,

    Defendants.

___

ORDER
___

THIS MATTER having come before the Court on the Unopposed Motion to Dismiss (Doc 45 - filed April 30, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE

DATED: May 1, 2013